958

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Louis TAYLOR, Defendant-Appellant.**
**No. 148, Docket 23568.**

United States Court of Appeals
Second Circuit.

Argued Dec. 15, 1955.

Decided Dec. 15, 1955.

Vine H. Smith, Brooklyn, N. Y., for appellant.

Paul W. Williams, U. S. Atty., for Southern District of New York, New York City (Dennis C. Mahoney, Asst. U. S. Atty., New York City, of counsel), for appellee.

Before CLARK, Chief Judge, and MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court on the opinion below. D.C., 123 F.Supp. 920.

**The NAPOLEON AVENUE FERRY COMPANY, Inc., Appellant,**

v.

**Mrs. Katie Lyons BYRD, Appellee.**

**Mrs. Katie Lyons BYRD, Appellant,**

v.

**The NAPOLEON AVENUE FERRY COMPANY, Inc., Appellee.**

**No. 15516.**

United States Court of Appeals
Fifth Circuit.

Dec. 30, 1955.

John W. Sims, New Orleans, La. (Charles E. Dunbar, III, Phelps, Dunbar, Marks & Claverie, New Orleans, La., of counsel), for appellant.

M. C. Scharff, Gordon B. Hyde, New Orleans, La., for appellee.

Before BORAH and JONES, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed on the opinion below, Byrd v. Napoleon Avenue Ferry Company, 125 F Supp. 573.